GROSS, bishop, *vs.* BUTLER.

Where the title to a lot of land was in the bishop of a Roman Catholic diocese, and the priest of a church within such diocese, as chairman of the building committee of that church, employed a contractor and caused a church to be erected on the land, if one who furnished materials to the contractor desired to create a lien on the property, he should have given notice to the owner; notice to the priest was insufficient. Code, §1979.

(a.) There was no evidence that the priest was the agent of the bishop, even if notice to an agent would be sufficient. Section

Hammond *vs*. The County of Richmond.

1979 of the Code is in derogaton of common law, and its require-
ments must be strictly followed.

Judgment reversed.

December 21, 1883.

HALL, Justice.

[Defendant demurred to the declaration in this case, on
the ground that it showed that no notice of the claim of
lien had been given to the owner of the land. This was
overruled, and a verdict rendered for the plaintiff. A mo-
tion for new trial was made, and refused; and defendant
excepted.]